**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Heather Johnson<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–3075<br>EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN   _ _ _ _<br>EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | District of New Jersey | |
| Case number: | 20–11521–ABA | |

# Order of Discharge                                                                                        12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Heather Johnson

<u>6/5/20</u>                                                                    **By the court:**   <u>Andrew B. Altenburg Jr.</u>
                                                                                                        United States Bankruptcy Judge

---

### Explanation of Bankruptcy Discharge in a Chapter 7 Case

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
District of New Jersey

In re:                                                                          Case No. 20-11521-ABA
Heather Johnson                                                                 Chapter 7
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-1          User: admin              Page 1 of 1           Date Rcvd: Jun 05, 2020
                              Form ID: 318             Total Noticed: 19

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 07, 2020.
db            +Heather Johnson,    6528 Grant Ave.,    Merchantville, NJ 08109-2456
cr            +Santander Consumer USA, Inc.,    Attn Stewart, Zlimen & Jungers, Ltd.,    2860 Patton Road,
                Roseville, MN 55113-1100
518685605      CHRYSLER CAPITAL,    P.O. BOX 66035,    Dallas, TX 75266
518685610     +ELIZABETH LINETTE,    6528 GRANT AVE.,    Merchantville, NJ 08109-2456
518685612     +Pressler & Pressler,    7 Entin Road,    Parsippany, NJ 07054-5020
518685613     +Santander Consumer USA,    Attn: Bankruptcy,    10-64-38-Fd7  601 Penn St,
                Reading, PA 19601-3544

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            E-mail/Text: usanj.njbankr@usdoj.gov Jun 06 2020 03:04:29     U.S. Attorney,   970 Broad St.,
                Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jun 06 2020 03:04:22     United States Trustee,
                Office of the United States Trustee,    1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                Newark, NJ 07102-5235
518685603     +EDI: BANKAMER.COM Jun 06 2020 06:08:00     Bank of America,   4909 Savarese Circle,
                Fl1-908-01-50,    Tampa, FL 33634-2413
518685606     +EDI: CITICORP.COM Jun 06 2020 06:04:00     Citibank,   Attn: Recovery/Centralized Bankruptcy,
                Po Box 790034,    St Louis, MO 63179-0034
518685607     +EDI: CITICORP.COM Jun 06 2020 06:04:00     Citibank/The Home Depot,
                Attn: Recovery/Centralized Bankruptcy,    Po Box 790034,   St Louis, MO 63179-0034
518685609      EDI: DISCOVER.COM Jun 06 2020 06:04:00     Discover Financial,   Attn: Bankruptcy Department,
                Po Box 15316,    Wilmington, DE 19850
518685608     +EDI: TSYS2.COM Jun 06 2020 06:04:00     Deptartment Store National Bank/Macy's,
                Attn: Bankruptcy,    9111 Duke Boulevard,    Mason, OH 45040-8999
518685604      EDI: JPMORGANCHASE Jun 06 2020 06:08:00     Chase Card Services,   Attn: Bankruptcy,
                Po Box 15298,    Wilmington, DE 19850
518685611     +E-mail/Text: bncnotices@becket-lee.com Jun 06 2020 03:03:47     Kohls/Capital One,
                Attn: Credit Administrator,    Po Box 3043,   Milwaukee, WI 53201-3043
518689535     +EDI: RMSC.COM Jun 06 2020 06:08:00     Synchrony Bank,   c/o of PRA Receivables Management, LLC,
                PO Box 41021,    Norfolk, VA 23541-1021
518685614     +EDI: RMSC.COM Jun 06 2020 06:08:00     Synchrony Bank/ JC Penneys,   Attn: Bankruptcy,
                Po Box 956060,    Orlando, FL 32896-0001
518685615     +EDI: RMSC.COM Jun 06 2020 06:08:00     Synchrony Bank/TJX,   Attn: Bankruptcy Dept,
                Po Box 965060,    Orlando, FL 32896-5060
518685616      EDI: USBANKARS.COM Jun 06 2020 06:03:00     US Bank/RMS CC,   Attn: Bankruptcy,   Po Box 5229,
                Cincinnati, OH 45201
                                                                                              TOTAL: 13

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 07, 2020                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 5, 2020 at the address(es) listed below:
              Denise E. Carlon    on behalf of Creditor    M&T Bank dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Douglas S. Stanger    doug.stanger@flastergreenberg.com, nj02@ecfcbis.com,
               jackie.parsio@flastergreenberg.com;diana.janansky@flastergreenberg.com,dss@trustesolutions.net
              Mitchell L Chambers, Jr.    on behalf of Debtor Heather  Johnson ecfbc@comcast.net
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                              TOTAL: 4